IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Eulana Maria | Case Number: 06 B 02009 |
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 3/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: January 9, 2009
Confirmed: May 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 59,379.00 | |
| Secured: | | 47,689.62 |
| Unsecured: | | 6,916.66 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 3,237.76 |
| Other Funds: | | 1,534.96 |
| Totals: | 59,379.00 | 59,379.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 29,095.67 | 29,095.67 |
| 2. | Brian Aube | Secured | 3,520.00 | 3,520.00 |
| 3. | Chase Automotive Finance | Secured | 3,053.82 | 3,053.82 |
| 4. | Countrywide Home Loans Inc. | Secured | 12,020.13 | 12,020.13 |
| 5. | American Express Travel Relate | Unsecured | 1,896.72 | 1,896.72 |
| 6. | Celebrity Resorts | Unsecured | 2,589.78 | 2,589.78 |
| 7. | RoundUp Funding LLC | Unsecured | 2,430.16 | 2,430.16 |
| 8. | Illinois Dept Of Human Services | Unsecured | | No Claim Filed |
| 9. | Applied Card Bank | Unsecured | | No Claim Filed |
| | | | $ 54,606.28 | $ 54,606.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 323.65 |
| 4.8% | 499.93 |
| 5.4% | 1,232.80 |
| 6.5% | 973.47 |
| 6.6% | 207.91 |
| | $ 3,237.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Eulana Maria

Printed: 01/29/09

Case Number:  06 B 02009
Judge:  Hollis, Pamela S
Filed:  3/3/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

